UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
PLANS ADMINISTRATION COMMITTEE          :
OF CITIGROUP, INC., IN ITS CAPACITY     :   Case No. 07-CV-3719
AS PLAN ADMINISTRATOR OF THE            :
CITIGROUP HEALTH BENEFITS PLAN,         :
                                        :   **Rule 7.1 Statement**
              Plaintiff,                :
                                        :
vs.                                     :
                                        :
PIERS REDDY, STACY REDDY AND            :
SULLIVAN, PAPAIN, BLOCK, MCGRATH        :
& CANNAVO, P.C.                         :
                                        :
              Defendants.               :
-------------------------------------------------------------


      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel certifies that the plaintiff is not a non-governmental corporate party, but rather, a fiduciary of an ERISA employee welfare benefit plan, and consequently Rule 7.1 does not apply. Regardless, there are no corporate parents, affiliates and/or subsidiaries of the plaintiff.


DATE: May 8, 2007                          /s/ Thomas M. Kelly
                                                     Thomas M. Kelly, Esq.
                                                     Attorney Bar Code: 2811909