# SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO P.C.

120 BROADWAY • NEW YORK • NEW YORK 10271
TELEPHONE: (212) 732-9000
FACSIMILE: (212) 266-4141
SPBMC-NY@TrialLaw1.com
www.TrialLaw1.com

| | | | |
|---|---|---|---|
| Robert G. Sullivan | Marie Ng | Cheol I. Kim | Liza A. Milgrim |
| Nicholas Papain | Eleni Coffinas | Kostantinos Mallas | Susan M. Jaffe |
| Michael N. Block | David J. Dean | Eric K. Schwarz | Donte Mills |
| Christopher T. McGrath | Hugh M. Turk | Mary Anne Walling | Paul R. Cordella |
| Vito A. Cannavo | Albert B. Aquila | Elizabeth Montesano | Christopher P. Spina |
| John F. Nash | Brian J. Shoot | Victoria Wickman | Jeffrey B. Bromfeld |
| Frank V. Floriani | Andrew J. Carboy | Matthew J. Jones | Wendell Y. Tong |
| | | Deanne M. DiBlasi | Kevin E. Verge |
| | | Beth N. Jablon | |

PLEASE REPLY TO:
New York City Office

**Herman Badillo**
*Of Counsel*

**Peter DeBlasio**
*Of Counsel*

John M. Tomsky
George J. Pfluger
*Counsel to the Firm*

Hon. Joseph N. Giamboi (ret.)
Robert J. Bohner
Stephen C. Glasser
*Of Counsel*

Author's e-mail address:
VCannavo@TrialLaw1.com
Direct Telephone Line:
(212) 266-4133
Private Fax Line:
(212) 266-4183

July 05, 2007

James N. Tracy, III, Esq.
Tansey, Fanning, Haggerty, Kelly, Convery & Tracy
521 Green Street
P.O. Box 5555
Woodbridge, NJ 078095

Re: **Plans Administration Committee of Citigroup, Inc. v. Piers Reddy**

Dear Jim:

I am enclosing the executed Waiver of Process in the matter filed in the Southern District of New York.

It is executed on behalf of this firm and Piers and Stacy Reddy.

I will be forwarding an Answer as well under separate cover.

In the interim, if your principals would again like to resolve this matter, please call me.

Very truly yours,

SULLIVAN PAPAIN BLOCK
McGRATH & CANNAVO P.C.

By _____
VITO A. CANNAVO

VAC/leg/encl.

LONG ISLAND OFFICE
55 MINEOLA BOULEVARD • MINEOLA • NEW YORK 11501
TELEPHONE: (516) 742-0707 • FACSIMILE: (516) 742-7350
SPBMC-LI@TrialLaw1.com

NEW JERSEY OFFICE
126 STATE STREET • HACKENSACK • NEW JERSEY 07601
TELEPHONE: (201) 342-0037 • FACSIMILE: (201) 342-6461
SPBMC-NJ@TrialLaw1.com

## **WAIVER OF SERVICE OF SUMMONS**

TO:   Sullivan, Papain, Block, McGrath & Cannavo, P.C.
        120 Broadway
        New York, NY 10271

    I acknowledge receipt of your request that I waive service of a summons in the action of <u>Plans Administration Committee of Citigroup, Inc. vs. Piers Reddy, et al.</u> which is Civil Action No. 07-3719 in the United States District Court for the District of New York. I have also received a copy of the Compliant in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after the date the plaintiff's request for waiver of summons was sent, or within 90 days after that date if the request was sent outside the United States.

Date 7/2/2007

Signature
Printed name: Vito Acannavo
as _____
of Sullivan, Papain, Block, McGrath & Cannavo, P.C.

## WAIVER OF SERVICE OF SUMMONS

TO:   Sullivan, Papain, Block, McGrath & Cannavo, P.C.
      120 Broadway
      New York, NY 10271

    I acknowledge receipt of your request that I waive service of a summons in the action of <u>Plans Administration Committee of Citigroup, Inc. vs. Piers Reddy, et al.</u> which is Civil Action No. 07-3719 in the United States District Court for the District of New York. I have also received a copy of the Compliant in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after the date the plaintiff's request for waiver of summons was sent, or within 90 days after that date if the request was sent outside the United States.

Date 7/2/2007

Signature: [signed]
Printed name: Vito A. Cannavo
as _____
of Sullivan, Papain, Block, McGrath & Cannavo, P.C.