MEMO ENDORSED

# TANSEY, FANNING, HAGGERTY, KELLY, CONVERY & TRACY

ATTORNEYS AT LAW
521 GREEN STREET
P.O. BOX 5555
WOODBRIDGE, NEW JERSEY 07095
(732) 634-7880
FAX (732) 634-6036

221 JEFFERSON AVENUE
STATEN ISLAND, NEW YORK 10306
TELEPHONE (718) 227-5986
FAX (718) 227-5881

ROBERT B. HAGGERTY
THOMAS M. KELLY◊
THOMAS V. CONVERY*
JAMES N. TRACY III▲

OF COUNSEL
THOMAS F. TANSEY
EDWARD J. FANNING*

JOHN A. AMARI
SHARON McCONVERY†
FLORELEE R. WAN

* ADMITTED N.Y., N.J. & CT. BARS
† ADMITTED N.Y., N.J., CT. & PA. BARS
▲ ADMITTED N.J. & CT. BARS
◊ ADMITTED N.Y. & N.J. BARS

October 10, 2007

MEMO ENDORSED

*Via Fax Only*
Honorable Deborah A. Batts
U.S. District Court - Southern District of NY
500 Pearl Street
New York, New York 10007-1312
Attn: Tara

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/10/07

RE: Plans Administration Committee of Citigroup, Inc. vs. Piers Reddy, et al.
<u>Docket No: 07 CV 3719</u>

Dear Judge Batts:

This office represents the plaintiff, Plans Administration Committee of Citigroup, Inc., in connection with the above-captioned matter. It is respectfully requested that the plaintiff's deadline for responding to the Court's Order to Show Cause be extended from October 10, 2007 to October 19, 2007. The parties have been involved in extensive settlement negotiations over the past six weeks and are hopeful that the matter can be resolved without further litigation, but will need some additional time to complete the process. I have spoken to counsel for defendants, Vito Cannavo, Esq., and received his consent to the requested extension.

GRANTED
/DAB/
10/10/07

The Court's consideration in this matter would be greatly appreciated.

**SO ORDERED**

*Deborah A. Batts*

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

TANSEY, FANNING, HAGGERTY,
KELLY, CONVERY & TRACY, ESQS.

By: _____
   Thomas M. Kelly

TMK/lm
cc: Vito Cannavo, Esq. (Via fax only)

MEMO ENDORSED