THOMAS M. KELLY, ESQ. (TK 2015)
TANSEY, FANNING, HAGGERTY, KELLY, CONVERY & TRACY, ESQS.
221 Jefferson Avenue
Staten Island, New York 10306
(718) 227-5886
Attorneys for Plaintiff, Plans Administration Committee of Citigroup, Inc.

---

| | |
|---|---|
| PLANS ADMINISTRATION COMMITTEE OF CITIGROUP, INC., IN ITS CAPACITY AS PLAN ADMINISTRATOR OF THE CITIGROUP HEALTH BENEFITS PLAN, | : UNITED STATES DISTRICT COURT<br>: SOUTHERN DISTRICT OF NEW YORK<br>:<br>: Civil Action No. 07-CV-3719 |
| Plaintiff, | : |
| vs. | : STIPULATION OF DISMISSAL |
| PIERS REDDY, STACY REDDY AND SULLIVAN, PAPAIN, BLOCK, MCGRATH & CANNAVO, P.C. | : |
| Defendants. | : |

---

The parties to this action, by and through their counsel, hereby stipulate and agree that the action between plaintiffs Plans Administration Committee of Citigroup, Inc. and defendants Piers Reddy, Stacy Reddy and Sullivan, Papain, Block, McGrath and Cannavo, P.C. is hereby discontinued with prejudice, pursuant to the terms of a settlement agreement entered into by and between the parties.

Dated:   New York, New York
         December 13, 2007

TANSEY, FANNING, HAGGERTY,
KELLY, CONVERY & TRACY, ESQS.
Attorneys for Plaintiff

 /s/ Thomas M. Kelly
By: Thomas M. Kelly, Esq.
221 Jefferson Avenue
Staten Island, NY 10306
(718) 227-5881