THOMAS M. KELLY, ESQ. (TK 2015)
TANSEY, FANNING, HAGGERTY, KELLY, CONVERY & TRACY, ESQS.
221 Jefferson Avenue
Staten Island, New York 10306
(718) 227-5886
Attorneys for Plaintiff, Plans Administration Committee of Citigroup, Inc.

---

| | |
|---|---|
| PLANS ADMINISTRATION COMMITTEE OF CITIGROUP, INC., IN ITS CAPACITY AS PLAN ADMINISTRATOR OF THE CITIGROUP HEALTH BENEFITS PLAN, | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK |
| Plaintiff, | Civil Action No. 07-CV-3719 |
| vs. | VOLUNTARY STIPULATION OF DISMISSAL |
| PIERS REDDY, STACY REDDY AND SULLIVAN, PAPAIN, BLOCK, MCGRATH & CANNAVO, P.C. | |
| Defendants. | |

---

The plaintiff in this action, by and through its counsel, hereby stipulates that the action between plaintiff Plans Administration Committee of Citigroup, Inc. and defendants Piers Reddy, Stacy Reddy and Sullivan, Papain, Block, McGrath and Cannavo, P.C. is hereby discontinued with prejudice.

Dated:  New York, New York
        January 4, 2008

TANSEY, FANNING, HAGGERTY,
KELLY, CONVERY & TRACY, ESQS.
Attorneys for Plaintiff

  /s/ Thomas M. Kelly
By:  Thomas M. Kelly, Esq.
221 Jefferson Avenue
Staten Island, NY 10306
(718) 227-5881