USDC DOCUMENT
ELECTRONICALLY FILED
Feb 29, 2008

THOMAS M. KELLY, ESQ. (TK 2015)
TANSEY, FANNING, HAGGERTY, KELLY, CONVERY & TRACY, ESQS.
221 Jefferson Avenue
Staten Island, New York 10306
(718) 227-5886
Attorneys for Plaintiff Plans Administration Committee of Citigroup, Inc.

PLANS ADMINISTRATION COMMITTEE        UNITED STATES DISTRICT COURT
OF CITIGROUP, INC., IN ITS CAPACITY    SOUTHERN DISTRICT OF NEW YORK
AS PLAN ADMINISTRATOR OF THE
CITIGROUP HEALTH BENEFITS PLAN,        Civil Action No. 07-CV-3719

                Plaintiff,

                                       VOLUNTARY
vs.                                    STIPULATION OF DISMISSAL

PIERS REDDY, STACY REDDY AND
SULLIVAN, PAPAIN, BLOCK, MCGRATH
& CANNAVO, P.C.

                Defendants.

The plaintiff in this action, by and through its counsel, hereby stipulates that the action between plaintiff Plans Administration Committee of Citigroup, Inc. and defendants Piers Reddy, Stacy Reddy and Sullivan, Papain, Block, McGrath and Cannavo, P.C. is hereby discontinued with prejudice.

Dated: New York, New York
       January 4, 2008

TANSEY, FANNING, HAGGERTY,
KELLY, CONVERY & TRACY, ESQS.
Attorneys for Plaintiff

s/ Thomas M. Kelly
By: Thomas M. Kelly, Esq.
221 Jefferson Avenue
Staten Island, NY 10306
(718) 227-5881

*The Clerk of the Court is hereby directed to close the docket in this case.*

**SO ORDERED**

*Deborah A. Batts*  2/29/08
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE